## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ALEXANDER DRAIN,          :   No. 93 EM 2019

          Petitioner      :

               v.          :

THE COURT OF COMMON PLEAS FOR   :
PHILADELPHIA COUNTY,       :

          Respondent    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of November, 2019, the Application for Leave to File Original Process is GRANTED, and the Application for Leave to File Reply and the Petition for Writ of Mandamus and/or Extraordinary Relief are DENIED.